JOHN T. ROSELL ET AL., PLAINTIFFS IN ERROR, v. THE BOROUGH OF AVON-BY-THE-SEA ET AL., DEFENDANTS IN ERROR.

Submitted July 8, 1903—Decided February 29, 1904.

On error to the Supreme Court.

For the plaintiffs in error, *Aaron E. Johnston.*

For the defendants in error, *Ruliff V. Lawrence.*

*41 Vroom.*        McLean v. Erie R. R. Co.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons set out in the opinion of Mr. Justice Dixon in that court, reported in 39 *Vroom* 498.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, FORT, SWAYZE, VREDENBURGH, VROOM, GREEN, GRAY. 9.

*For reversal*—None.